# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SEYOUNG RA,** | CIVIL ACTION |
| **Plaintiff,** | |
| v. | No. 17-5211 |
| **GERHARD'S, INC., et al.** | |
| **Defendants.** | |

## ORDER

**AND NOW**, this 3rd day of January, 2019, upon consideration of the Motion by Defendants Gerhard's, Inc., Charles "Bud" Gerhard, III, Richard Gerhard, and Gerald Gerhard (collectively, "Defendants") to Dismiss the Amended Complaint (Doc. No. 18), and Plaintiff Seyoung Ra's Response (Doc. No. 19), it is hereby **ORDERED** that the Motion is **DENIED**. Defendants shall file an Answer to the Amended Complaint within **twenty (20) days** from the date of this Order.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG,     J.**